UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: )
)
**BIESCHKE, DOUGLAS EDWARD** ) Bankruptcy Case No. 15-82098 TML
) Chapter 7
)
Debtor(s). )

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 18, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

BIESCHKE, DOUGLAS EDWARD
7510 E. TRYON GROVE ROAD
RICHMOND, IL 60071

MARC A AFFOLTER
GERACI LAW L.L.C.
55 E. MONROE STREET #3400
CHICAGO, IL 60603
*(Via ECF Electronic Transmission)*

U.S. TRUSTEE'S OFFICE
780 REGENT ST., STE. 304
MADISON, WI 53715
*(Via ECF Electronic Transmission)*

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Citibank, N.A.
c/o American InfoSource LP
PO Box 248840
Oklahoma City, OK 73124-8840

Portfolio Recovery Associates, LLC
Successor to CITIBANK NA (GATEWAY)
POB 12914
Norfolk, VA 23541


/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-0687
sbalsley@bslbv.com