**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BIESCHKE, DOUGLAS EDWARD                  § Case No. 15-82098-TML
                                                 §
                                                 §
Debtor(s)                                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $20,010.00                    Assets Exempt: $7,550.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,058.51       Claims Discharged
                                                 Without Payment: $38,227.33

Total Expenses of Administration: $4,441.49

3) Total gross receipts of $ 9,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $17,128.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,441.49 | 4,441.49 | 4,441.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 39,992.00 | 30,352.84 | 30,352.84 | 5,058.51 |
| **TOTAL DISBURSEMENTS** | $57,120.00 | $34,794.33 | $34,794.33 | $9,500.00 |

4) This case was originally filed under Chapter 7 on August 17, 2015. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/08/2016          By: /s/STEPHEN G. BALSLEY
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor's interest as beneficiary in Trust | 1141-000 | 9,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | 1 ALLY Financial | 4110-000 | 11,707.00 | N/A | N/A | 0.00 |
| NOTFILED | 2 BK OF AMER | 4110-000 | 5,421.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$17,128.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,700.00 | 1,700.00 | 1,700.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 2,727.00 | 2,727.00 | 2,727.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.49 | 4.49 | 4.49 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | $4,441.49 | $4,441.49 | $4,441.49 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 6,283.00 | 6,888.03 | 6,888.03 | 1,147.94 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 6,194.00 | 6,887.51 | 6,887.51 | 1,147.85 |
| 3 | American Express Bank, FSB | 7100-000 | 11,000.00 | 12,479.05 | 12,479.05 | 2,079.72 |
| 4 | Citibank, N.A. | 7100-000 | 1,193.00 | 1,474.65 | 1,474.65 | 245.76 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | 2,389.00 | 2,623.60 | 2,623.60 | 437.24 |
| NOTFILED | 6 Chase CARD | 7100-000 | 8,722.00 | N/A | N/A | 0.00 |
| NOTFILED | 5 Chase CARD | 7100-000 | 4,211.00 | N/A | N/A | 0.00 |
| NOTFILED | 7 Citizens BANK | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $39,992.00 | $30,352.84 | $30,352.84 | $5,058.51 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-82098-TML  
**Case Name:** BIESCHKE, DOUGLAS EDWARD  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/17/15 (f)  
**§341(a) Meeting Date:** 09/24/15  

**Period Ending:** 11/08/16  
**Claims Bar Date:** 02/04/16  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking account with - McHenry Savings | 10.00 | 0.00 | | 0.00 | FA |
| 2  Checking account with - McHenry Savings | 1,000.00 | 0.00 | | 0.00 | FA |
| 3  Security Deposit with -landlord | 0.00 | 0.00 | | 0.00 | FA |
| 4  Used household goods; TV, DVD player, TV stand, | 1,000.00 | 0.00 | | 0.00 | FA |
| 5  Books, CD's, DVD's, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | FA |
| 6  Necessary wearing apparel. | 50.00 | 0.00 | | 0.00 | FA |
| 7  Earrings, watch, costume jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 8  Debtor owns his own business - Douglas Decoratin | 0.00 | 0.00 | | 0.00 | FA |
| 9  2007 Hummer H3 with over 80,000 miles. | 10,000.00 | 0.00 | | 0.00 | FA |
| 10  2008 GMC Acadia with over 90,000 miles. Joint wi | 6,800.00 | 0.00 | | 0.00 | FA |
| 11  Painting tools and ladders | 1,000.00 | 0.00 | | 0.00 | FA |
| 12  Family Pets/Animals. 1 dog, 1 cat | 0.00 | 0.00 | | 0.00 | FA |
| 13  Debtor's interest as beneficiary in Trust | 9,500.00 | 9,500.00 | | 9,500.00 | FA |
| **13  Assets  Totals** (Excluding unknown values) | **$29,510.00** | **$9,500.00** | | **$9,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 15, 2016    **Current Projected Date Of Final Report (TFR):**    June 19, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-82098-TML  
**Case Name:** BIESCHKE, DOUGLAS EDWARD  
**Taxpayer ID #:** **-***2331  
**Period Ending:** 11/08/16

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $6,620,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/21/16 | {13} | Douglas Bieschke | Debtor's 50% interest in corpus of Bieschke Trust | 1141-000 | 9,500.00 | | 9,500.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,490.00 |
| 06/03/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2016 FOR CASE #15-82098, Bond #016018067 | 2300-000 | | 4.49 | 9,485.51 |
| 08/18/16 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,727.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 2,727.00 | 6,758.51 |
| 08/18/16 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,700.00, Trustee Compensation; Reference: | 2100-000 | | 1,700.00 | 5,058.51 |
| 08/18/16 | 104 | American Express Bank, FSB | Dividend paid 16.66% on $12,479.05; Claim# 3; Filed: $12,479.05; Reference: | 7100-000 | | 2,079.72 | 2,978.79 |
| 08/18/16 | 105 | Citibank, N.A. | Dividend paid 16.66% on $1,474.65; Claim# 4; Filed: $1,474.65; Reference: | 7100-000 | | 245.76 | 2,733.03 |
| 08/18/16 | 106 | Portfolio Recovery Associates, LLC | Dividend paid 16.66% on $2,623.60; Claim# 5; Filed: $2,623.60; Reference: | 7100-000 | | 437.24 | 2,295.79 |
| 08/18/16 | 107 | Capital One Bank (USA), N.A. | Combined Check for Claims#1,2 | | | 2,295.79 | 0.00 |
| | | | Dividend paid 16.66%   1,147.94 on $6,888.03; Claim# 1; Filed: $6,888.03 | 7100-000 | | | 0.00 |
| | | | Dividend paid 16.66%   1,147.85 on $6,887.51; Claim# 2; Filed: $6,887.51 | 7100-000 | | | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 9,500.00 | 9,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 9,500.00 | 9,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$9,500.00** | **$9,500.00** | |

{} Asset reference(s)

Printed: 11/08/2016 12:54 PM    V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-82098-TML
**Case Name:** BIESCHKE, DOUGLAS EDWARD

**Taxpayer ID #:** **-***2331
**Period Ending:** 11/08/16

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** Rabobank, N.A.
**Account:** ******7566 - Checking Account
**Blanket Bond:** $6,620,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | Net Receipts | Net Disbursements | Account Balances |
| | | | **Checking # ******7566** | | 9,500.00 | 9,500.00 | 0.00 |
| | | | | | $9,500.00 | $9,500.00 | $0.00 |

{} Asset reference(s)

Printed: 11/08/2016 12:54 PM    V.13.28